IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA, | No. 3:12-cr-00279-BR-1 |
|---|---|
| PLAINTIFF, | [Revised Proposed] |
| vs. | ORDER TO PROVIDE EXPENSES FOR TRAVEL AND SUBSISTENCE |
| LESLIE DAVID DUNBAR, | UNDER 18 U.S.C. §4285 |
| DEFENDANT. | |

It appearing that the defendant has been released under chapter 207 of Title 18, United States Code to his home in Fairfield, California, on condition of his subsequent appearance before this United States District Court, and that he is financially unable to provide the necessary transportation to appear before the Court on his own,

IT IS HEREBY ORDERED that the United States Marshal is directed to arrange for the defendant's non-custodial transportation to court, or furnish the fare for such transportation, and to furnish defendant with an amount of money for subsistence expenses

to his destination pursuant to 18 U.S.C. § 4285, so that he may appear before this United States District Court on Monday, August 5, 2013.

DATED THIS 22nd day of July, 2013.

_____
The Honorable Anna J. Brown
United States District Court Judge

Submitted By:

*/s/ C. Renée Manes*
C. Renée Manes
Attorney for Defendant